# In the United States District Court for the Southern District of Georgia Savannah Division

GREGORY GARVIN,

    Plaintiff,

v.

TRANSAM TRUCKING, INC.,

    Defendant.

Case No. 4:22-cv-62

### ORDER

Before the Court is Defendant TransAm Trucking, Inc.'s motion for partial summary judgment. Dkt. No. 51. Therein, Defendant seeks summary judgment on Plaintiff Gregory Garvin's claims for negligent hiring, negligent entrustment, negligent training, negligent supervision, and punitive damages. Id. at 2. The only claim on which Defendant does not seek summary judgment is Plaintiff's imputed liability claim. See id.

In his response brief, Plaintiff concedes all claims on which Defendant moves for summary judgment. See Dkt. No. 68 at 1 ("Plaintiff concedes his punitive damage[s] claim, as well as his negligent training, hiring, retention, entrustment, and supervision claims against TransAm. Plaintiff stands on his imputed liability claim[.]"). Plaintiff having conceded all claims

on which Defendant moves for summary judgment, Defendant's motion for partial summary judgment, dkt. no. 51, is **GRANTED**.

Defendant's motion having been resolved, the motion hearing currently scheduled for **May 13, 2024** at 2:00 P.M. will now be a pretrial conference. Plaintiff's imputed liability claim against Defendant remains for resolution at trial on June 4, 2024.

**SO ORDERED** this 25 day of April, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA